

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2008

**BY FAX**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re: **United States v. Raphael Vargas,
           08 Cr. 37 (LAP)**

Dear Judge Preska:

    A pre-trial conference in the above-referenced matter was scheduled for February 20, 2008, at 4:30 p.m. However, there have been on-going discussions in this case regarding a possible disposition. The Government also spoke yesterday with your deputy, Megan O'Connor, who indicated that April 2, 2008 at 4:30 p.m. would be a convenient time for the Court.

    Accordingly, the parties jointly request that the pre-trial conference be postponed until April 2, 2008, and that time be excluded until then in order for the parties to continue their discussions. Howard Getz, Esq., counsel for Mr. Vargas, joins in this request.

                                                    Respectfully submitted,

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

February 20, 2008

                                                    MICHAEL J. GARCIA
                                                   United States Attorney

                                                 By: *Marissa Molé*
                                                       Marissa Molé
                                                   Assistant United States Attorneys
                                                 (212) 637-2275

cc:    Howard Getz, Esq.