


**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 28, 2008

**BY FACSIMILE**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

        Re:   **United States v. Raphael Vargas,
                 08 Cr. 37 (LAP)**

Dear Judge Preska:

       A pre-trial conference in the above-referenced matter is scheduled for April 2, 2008, at 4:30 p.m. However, there have been on-going discussions in this case regarding a possible disposition. The Government also spoke today with your deputy, Megan Phillips, who indicated that May 7, 2008 at 4:00 p.m. may be a convenient time for the Court.

       Accordingly, the parties jointly request that the pre-trial conference be postponed until May 7, 2008, and that time be excluded until then in order for the parties to continue their discussions. Howard Getz, Esq., counsel for Mr. Vargas, has no objection to this request.

                                                             Respectfully submitted,

                                                            MICHAEL J. GARCIA
SO ORDERED                                United States Attorney

*Loretta A. Preska* (signature)           By: *Marissa Mole* (signature)
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE          Marissa Mole
                                                            Assistant United States Attorneys
*March 28, 2008*                              (212) 637-2275

cc:   Howard Getz, Esq.