

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2008

**BY FACSIMILE**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

Re:   **United States v. Raphael Vargas,**
       **08 Cr. 37 (LAP)**

Dear Judge Preska:

A pre-trial conference in the above-referenced matter is scheduled for May 7, 2008, at 4:00 p.m. However, there have been on-going discussions in this case regarding a possible disposition. The Government also spoke today with your deputy, Megan Phillips, who indicated that June 10, 2008 at 11:00 a.m. may be a convenient time for the Court.

① Accordingly, the parties jointly request that the pre-trial conference be postponed until June 10, 2008, and that time be excluded until then in order for the parties to continue their
② discussions. Howard Getz, Esq., counsel for Mr. Vargas, has no objection to this request.

*Such exclusion is in the interests of justice*

*So ordered*
*Loretta Preska*
*USDJ*

*May 7, 2008*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Marissa Molé*
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

cc:   Howard Getz, Esq.