

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2008

**BY FACSIMILE**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

    Re:  **United States v. Raphael Vargas,**
           **08 Cr. 37 (LAP)**

Dear Judge Preska:

    A pre-trial conference in the above-referenced matter is scheduled for June 10, 2008, at 11:00 a.m. However, there have been on-going discussions in this case regarding a possible disposition.

    Accordingly, the parties jointly request that the pre-trial conference be postponed for approximately thirty days, and that time be excluded until then in order for the parties to continue their discussions. Howard Getz, Esq., counsel for Mr. Vargas, has no objection to this request.

*The June 10 conference is adjourned to July 14, 2008 at 4:30 p.m.*

*Time is excluded from calculation under the Speedy Trial Act until the adjourned date in the interests of justice.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

cc: Howard Getz, Esq.

*June 9, 2008*

**SO ORDERED**

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE