```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA          :

          -v-                     :   ORDER

RAPHAEL VARGAS                    :   08 Cr. 37 (LAP)

          Defendant.              :
- - - - - - - - - - - - - - - - - -X
```

Upon the application of the Government, by and through Assistant United States Attorney Marissa Molé, and with the consent of defendant Raphael Vargas, by and through his counsel, Howard Getz, Esq., it is hereby ORDERED that the August 12, 2008 pre-trial conference in this case is continued from August 12, 2008 to September 16, 2008 at 11:00 a.m.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions. Accordingly, it is further ORDERED that the time between August 12, 2008 and September 16, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
       August 12, 2008

                                   _____
                                   HONORABLE LORETTA A. PRESKA
                                   UNITED STATES DISTRICT JUDGE